UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ARISTA RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ATLANTIC RECODING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and CAPITAL RECORDS, INC., a Delaware corporation

　　　　　　　　　　Plaintiffs,

v.

DOES 1-4,

　　　　　　　　　　Defendants.

**NOTICE OF DISMISSAL**

Civil Action No.:
1:05-CV-1493, GLS/DRH

---

PLEASE TAKE NOTICE THAT:

Plaintiffs hereby dismiss this action as against both defendants DOE NO. 1, IP Address 128.113.154.184 11/04/2005, 11:34:33 EST, and DOE NO. 2, IP Address 128.113.147.34, 10/29/2005, 07:06:47 EDT, *without* prejudice; and

Plaintiffs hereby dismiss this action as against both defendants DOE NO. 3, IP Address 128.113.154.38, 10/30/2005, 13:13:10 EST, and DOE NO. 4, IP Address 128.113.228.145, 10/19/2005, 18:39:29 EDT, *with* prejudice.

Executed on March 7, 2006, in Rochester, New York.

SO ORDERED:

_Gary L. Sharpe_
U.S. District Judge
Date: 3/10/06

　　　　　　　　　　s/ Steven E. Cole
　　　　　　　　　　Steven E. Cole, Esq.
　　　　　　　　　　Bar No. 301499
　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　600 Reynolds Arcade Building
　　　　　　　　　　16 East Main Street
　　　　　　　　　　Rochester, New York 14614
　　　　　　　　　　Telephone: (585) 325-8000
　　　　　　　　　　scole@wolfordleclair.com